## Commonwealth ex rel. Hunter, Appellant, v. Russell.

Argued April 10, 1967. *Cyril D. Brain,* for appellant; *Edwin J. Martin,* Assistant District Attorney, with him *Charles B. Watkins,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for appellee.

Order affirmed.

## Commonwealth ex rel. Johnson, Appellant, v. Russell.

Submitted March 20, 1967. *Albert Johnson,* appellant, in propria persona; *Victor J. DiNubile, Jr.* and *Alan J. Davis,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for appellee.

Order affirmed.